**2002–0234. State v. Wright.**

Washington App. No. 00CA39, 2001-Ohio-2473. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Washington County. Upon consideration of the joint motion of appellee and amicus curiae, Ohio Attorney General Jim Petro, for leave to participate in oral argument scheduled for February 25, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2002–1599. N. Coast Community Homes, Inc. v. Zaino.**

Board of Tax Appeals, No. 2001–J–1065. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 10, 2003.

**2002–1601. State v. Haynes.**

Franklin App. No. 01AP–430, 2002-Ohio-4389. This cause came on for further consideration upon the motion of attorney Andrew P. Avellano for leave to file an application for attorney fees. Upon consideration thereof,

IT IS ORDERED by the court that the motion for leave to file an application for attorney fees be, and hereby is, granted.

**2002–1740. State ex rel. Whisman v. Indus. Comm.**

Franklin App. No. 02AP–130, 2002-Ohio-4899. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file merit briefs pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 31, 2003.

**2002–1841. State ex rel. Kroger Co. v. Robinette.**

Franklin App. No. 01AP–1319, 2002-Ohio-4777. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension be, and hereby is, granted, and appellant's brief shall be filed on or before March 17, 2003.

# MISCELLANEOUS DISMISSALS

**2002–1196. Lane v. State Auto Ins. Cos.**

Miami App. No. 2001–CA–59, 2002-Ohio-2698. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–1920. State ex rel. Thieman v. Indus. Comm.**

Franklin App. No. 01AP–1274, 2002-Ohio-5071. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.